UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO. 8:15-cr-464-T-17AEP

CHAMBERLAIN CHANEY

## PRELIMINARY ORDER OF FORFEITURE

The defendant pleaded guilty to Count One of the Indictment which charges him with being a convicted felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1), and the Court adjudged him guilty of this offense.

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for the following:

a.      A Glock, model 22, 40-caliber pistol, serial number GSM460;

b.      14 rounds of .40-caliber Winchester ammunition; and

c.      One round of .40-caliber of Sellier and Bellot ammunition.

The United States has established the required connection between the crime of conviction and the firearm and ammunition.  Because the United States is entitled to forfeit the property, the motion is GRANTED.  Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the firearm and ammunition described above are FORFEITED to the United States of America for disposition according to law,

CASE NO. 8:15-CR-464-T-17AEP

subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

This order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

DONE and ORDERED in Tampa, Florida, on _NOVEMBER 8_ , 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

2